

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2017

No. 04-17-00050-CV

**IN RE** Jane **SPERBER**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Irene Rios, Justice

On January 30, 2017, Relator filed a petition for writ of mandamus and a motion for emergency stay. Relator has since withdrawn the motion for emergency stay. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than February 16, 2017.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on February 1, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016-PC-1067, styled *In the Estate of Matthew A. Sperber, Deceased*, pending in the Probate Court No 1, Bexar County, Texas, the Honorable Kelly Cross presiding.